# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KOCHALKA,<br>　　　　Plaintiff,<br>　v.<br>ROBINSON & ASSOCIATES,<br>　　　　Defendant. | Case No. 17-cv-01729-DMR<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND VACATING THE JULY 5, 2017 CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 4 |

On March 29, 2017, Plaintiff John Kochalka filed suit in this Court. [Docket No 1]. The Case Management Conference Statement ("CMC Statement") was due on June 28, 2017. [Docket No. 4]. Because no CMC Statement was filed, the court issued a Clerk's Notice, ordering the parties to file a CMC Statement by no later than 5 p.m. on June 29, 2017. [Docket No. 9]. The court received no response to its Clerk's Notice. On June 30, 2017, the court's staff left a voice mail message with Plaintiff's counsel to remind counsel to file a CMC Statement. The court has received no response to its voicemail.

Therefore, Plaintiff John Kochalka is ordered to respond **by no later than 5 p.m. on July 5, 2017**, and show cause why this matter should not be dismissed for failure to prosecute. Failure to respond by July 5, 2017 may result in dismissal of this action.

The July 5, 2017 Case Management Conference is **VACATED**.

**IT IS SO ORDERED.**

Dated: July 3, 2017



Donna M. Ryu
United States Magistrate Judge